NEW YORK STATE NATIONAL BANK, ALBANY, Respondent, v. HAROLD G. ARON, Appellant.— Order and judgment affirmed, with costs. Hill, P. J., Rhodes and Heffernan, JJ., concur; Crapser and Bliss, JJ., dissent and vote to reverse on the ground that the defendant's answer raises questions defendant has right to trial

---

*Affd., 264 N. Y. 525.          † Revd., 264 N. Y. 195.

upon, and on the authority of *Gen. Investing Co.* v. *Interborough R. T. Co.* (235 N. Y. 139).